WILLIAM FEDERSPIEL v. EDWARD JOHNSTONE AND CER-
TAIN LOGS AND TIMBER OF JOHN MCLENNAN,
A. T. BLISS & BRO., AND BLISS,
TYLER & SON.

[See *ante*, 303.]

*Log-lien proceedings.*

This case is ruled by the opinion filed in *Federspiel v. Johnstone,*
*ante,* 303.

Error to Arenac.   (Cobb, J.)   Argued June 11, 1891.
Decided July 28, 1891.

Attachment under log-lien law of 1887.   Defendant log-
owners bring error.   Affirmed.   The facts are stated in
*Federspiel v. Johnstone, ante,* 303.

*E. W. Porter,* for appellants.

*Lawrence McHugh,* for plaintiff.

MORSE, J.   This case is an appeal in the same suit as
*Federspiel v. Johnstone,* 87 Mich. 303.   The objections to
the judgment are confined to the service and return of
the writ of attachment, and are identical with those
raised in the first case, and must be governed by the
decision in that appeal.

The judgment is therefore affirmed, with costs.

CHAMPLIN, C. J., MCGRATH and LONG, JJ., con-
curred.   GRANT, J., did not sit.